| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel A. Lev (CA Bar No. 129622)<br>  *daniel.lev@gmlaw.com*<br>Asa S. Hami (CA Bar No. 210728)<br>  *asa.hami@gmlaw.com*<br>**Greenspoon Marder LLP**<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Elissa D. Miller, Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: | CASE NO.: 2:20-bk-21022-BR |
|---|---|
| GIRARDI KEESE,<br><br>                                Debtor(s). | ADVERSARY NO.: 2:23-ap-01030-BR<br><br>CHAPTER: 7 |
| ELISSA D. MILLER, Chapter 7 Trustee,<br><br>                              Plaintiff(s).<br>vs.<br>ERIKA GIRARDI aka ERIKA JAYNE,<br><br>                              Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: February 13, 2024<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>ADDRESS: 255 E. Temple Street<br>                 Los Angeles CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1 (a)(2):

A. **PLEADINGS/SERVICE:**

    1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes   ☐ No

    2. Have all parties filed and served answers to the Claims Documents?   ☒ Yes   ☐ No

    3. Have all motions addressed to the Claims Documents been resolved?   ☒ Yes   ☐ No

    4. Have counsel met and conferred in compliance with LBR 7026-1?   ☐ Yes   ☒ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below *(or on attached page)*:

The parties have not conducted their Rule 7026 meet and confer, but will endeavor to do so either before or after the scheduled status conference.

B. **READINESS FOR TRIAL**:

   1. When will you be ready for trial in this case?
      <u>Plaintiff</u>                                  <u>Defendant</u>
      Unknown at this time                Unknown at this time

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
      <u>Plaintiff</u>                                  <u>Defendant</u>
      See Answer to No. A.5               See Answer to No. A.5

   3. When do you expect to complete <u>your</u> discovery efforts?
      <u>Plaintiff</u>                                  <u>Defendant</u>
      Unknown at this time                Unknown at this time

   4. What additional discovery do you require to prepare for trial?
      <u>Plaintiff</u>                                  <u>Defendants</u>
      Unknown at this time                Unknown at this time

C. **TRIAL TIME**:

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial *(including rebuttal stage if applicable)*?
      <u>Plaintiff</u>                                  <u>Defendant</u>
      Unknown at this time                Unknown at this time

   2. How many witnesses do you intend to call at trial *(including opposing parties)*?
      <u>Plaintiff</u>                                  <u>Defendant</u>
      Unknown at this time                Unknown at this time

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown at this time | Unknown at this time |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| To narrow issues for trial; resolve pre-trial matters/disputes | To narrow issues for trial; resolve pre-trial matters/disputes |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| *(date)* Discovery is completed, if necessary | *(date)* Discovery is completed, if necessary |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

Parties previously engaged in very preliminary settlement discussions, and acknowledge their mutual obligation to continue to do so.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes   ☒ No | ☐ Yes   ☒ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>
I ☐ do ☒ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

As noted in the "Answer of Defendant Erika Girardi to Plaintiff's Complaint; Demand for Jury Trial" filed on January 31, 2023 [Adv. Docket No. 6], defendant has requested a jury trial on this adversary proceeding in District Court.

Respectfully submitted,

Date: January 24, 2024

Greenspoon Marder LLP
Printed name of law firm

*(signature)*
Signature

Daniel A. Lev
Printed name

Attorney for: Plaintiff, Elissa D. Miller

Date: January 24, 2024

Greenberg Gross LLP
Printed name of law firm

*(signature)*
Signature

Evan C. Borges
Printed name

Attorney for: Defendant, Erika Girardi

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 24, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 24, 2024 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 54134168v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**


**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:


Evan C Borges on behalf of Defendant ERIKA GIRARDI aka ERIKA JANYE, an individual
eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Asa S Hami on behalf of Plaintiff Elissa D. Miller, Chapter 7 Trustee
asa.hami@gmlaw.com, ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Daniel A Lev on behalf of Plaintiff Elissa D. Miller, Chapter 7 Trustee
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Elissa Miller (TR)
CA71@ecfcbis.com,
MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

CC 54134168v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**